**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6678**

———————

ROBERT JOSEPH KING,

Plaintiff - Appellant,

versus

CAPTAIN BARNES; CAPTAIN ENGLISH; VINCENT
CALLOWAY, Major; M. RICHARD FRAGALA; GEORGES
C. BENJAMIN, Doctor,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
01-3830-DKC)

———————

Submitted: June 19, 2002          Decided: July 1, 2002

———————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Joseph King, Appellant Pro Se. Daniel Joseph O'Brien, Jr.,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Joseph King appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>King v. Barnes</u>, No. CA-01-3830-DKC (D. Md. Mar. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>